No. 109. O'NEILL, ADMINISTRATRIX, *v.* CUNARD WHITE STAR, LTD. Certiorari denied. *Silas Blake Axtell* for petitioner. *George deForest Lord* and *William J. Brennan* for respondent. *Arthur Dunn, B. A.*

774

*Green* and *Alexander Howard* filed a brief for the Friends of Furuseth Legislative Association, as *amicus curiae,* supporting the petition.

No. 151. HALSTEAD *v.* INDUSTRIAL ACCIDENT COMMISSION. Certiorari denied.